IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:26-cv-1024

| | | |
|---|---|---|
| DERRITT SWEARINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | Formerly 26CV061969-590 |
| | ) | Mecklenburg County |
| v. | ) | General Court of Justice, |
| | ) | District Court Division - Small Claims |
| | ) | |
| REGIONS BANK AND FEDERAL | ) | |
| BUREAU OF INVESTIGATION, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF REMOVAL**

COMES NOW the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, by way of limited and special appearance, and pursuant to 28 U.S.C. §§ 1441, 1442(a), and 1446, hereby removes to the United States District Court for the Western District of North Carolina—Charlotte Division the action styled as *Derritt Swearington v. Regions Bank et al.*, 26CV061969-590, which was filed in the General Court of Justice, District Court Division - Small Claims of Mecklenburg County, North Carolina. The undersigned makes a limited and special appearance on the grounds that service has not been effectuated on the United States as required by Fed. R. Civ. Pro. 4(i).

In accordance with 28 U.S.C. §§ 1446, the United States provides the following short and plain statement of the grounds for removal:

1. On or about November 12, 2026, Plaintiff filed an Amended Complaint in the General Court of Justice, District Court Division - Small Claims of Mecklenburg County, North Carolina, which is attached hereto as Exhibit A.

2. On November 17, 2026, the United States Attorney's Office for the Western District of North Carolina received notification of the pending action from the Federal Bureau of Investigation.

3. Removal is proper pursuant to 28 U.S.C. § 1441(a), which provides in pertinent part that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed . . . to the district court of the United States for the district and division embracing the place where such action is pending."

4. Because this action was filed in the General Court of Justice, District Court Division of Mecklenburg County, North Carolina, removal to the United States District Court for the Western District of North Carolina—Charlotte Division is proper.

5. The United District Court for the Western District of North Carolina—Charlotte Division also has exclusive jurisdiction over Plaintiff's claim under 28 U.S.C. § 1442(a)(1), which directs removal of a civil action "that is commenced in a State court and that is" against or directed to the United States or any agency or officer thereof to the district court of the United States for the district and division embracing the place wherein it is pending. *Id.*

6. This notice of removal is timely because the United States has not been served in accordance with Fed. R. Civ. P. 4(i) and the deadline under 28 U.S.C. § 1446(b)(2)(B) has not passed.

7. The undersigned's limited appearance in this case should not be construed as a waiver. By filing this Notice of Removal, the United States does not waive its right to file a responsive pleading including a motion to dismiss, or to assert any defenses or objections, including insufficiency of service or service of process, sovereign immunity, lack of subject-matter

jurisdiction, statute of limitations, or other defenses, including those enumerated in Rule 12(b) of the Federal Rules of Civil Procedure.

8. A copy of this Notice of Removal will be promptly filed in case file number 26CV061969-590 in the General Court of Justice, District Court Division - Small Claims of Mecklenburg County, North Carolina, and notice will be provided to Plaintiff's counsel via Federal Express at the address provided in Plaintiff's state court pleadings.

**WHEREFORE**, this action previously pending in the District Court Division of Mecklenburg County, North Carolina and styled as *Derritt Swearington v. Regions Bank et al.*, 26CV061969-590, is hereby removed to the United States District Court for the Western District of North Carolina.

This the 23rd day of November, 2026.

RUSS FERGUSON
UNITED STATES ATTORNEY

**s/Jonathan M. Warren**
JONATHAN M. WARREN
Assistant United States Attorney
N.C. Bar No. 53653
227 West Trade Street
Suite 1650, Carillon Building
Charlotte, NC 28202
Tel: 704-344-6222
Email: Jonathan.Warren@usdoj.gov

## CERTIFICATE OF SERVICE

I CERTIFY that on the 23rd day of November, 2026, the foregoing Notice of Removal, including all exhibits thereto, was electronically filed with the Clerk of the Court using the CM/ECF system and served on counsel for Plaintiff by U.S. mail properly addressed to:

Derritt Swearington
6130 Pineburr Rd.
Apt. 416
Charlotte, NC 28211

RUSS FERGUSON
UNITED STATES ATTORNEY

**s/Jonathan M. Warren**
JONATHAN M. WARREN
Assistant United States Attorney
N.C. Bar No. 53653
227 West Trade Street
Suite 1650, Carillon Building
Charlotte, NC 28202
Tel: 704-344-6222
Email: Jonathan.Warren@usdoj.gov